IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

XILINX, INC.,

        Plaintiff,

  v.

INTELLECTUAL VENTURES MANAGEMENT, LLC, et al.,

        Defendant.

CASE NO. CV-11-04407-SI

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

John M. Desmarais, whose business address and telephone number is

Desmarais LLP
230 Park Avenue, New York, NY 10169
(212) 351-3400

and who is an active member in good standing of the bar of EDNY, SDNY, Fed. Cir. having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendants.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/24/11

                              Susan Illston
                              United States District Judge