1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
5
6
7    XILINX, INC.,                          CASE NO. CV-11-04407-SI
8
              Plaintiff,                     ~~(Proposed)~~
9                                            ORDER GRANTING APPLICATION
        v.                                   FOR ADMISSION OF ATTORNEY
10   INTELLECTUAL VENTURES                   *PRO HAC VICE*
     MANAGEMENT, LLC, et al.,
11
12            Defendant.
                                        /
13

14       Ameet A. Modi                    , whose business address and telephone number is

15   Desmarais LLP
     230 Park Avenue, New York, NY 10169
16   (212) 351-3400

17   and who is an active member in good standing of the bar of  USDC SDNY; USDC EDNY

18   having applied in the above-entitled action for admission to practice in the Northern District of

19   California on a pro hac vice basis, representing  Defendants.

20           IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

21   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

22   *vice.* Service of papers upon and communication with co-counsel designated in the application

23   will constitute notice to the party. All future filings in this action are subject to the requirements

24   contained in General Order No. 45, *Electronic Case Filing.*

25

26   Dated:   10/24/11
                                         _____
27                                       Susan Illston
                                         United States District     Judge
28

United States District Court
For the Northern District of California