**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking   General Court Number
Clerk   415.522.2000

**March 16, 2012**

CASE NUMBER:  CV 11-00671 SI and C11-4407 SI
CASE TITLE:  XILINX, INC.-v-INVENTION INVESTMENT FUND I LP ET AL

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Edward J. Davila** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **EJD** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 3/16/12

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                       Entered in Computer 3/16/12 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel              Transferor CSA